### CROSS v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department. January 10, 1908.)

MUNICIPAL CORPORATIONS—INSPECTOR OF POLICE—REMOVAL—REINSTATEMENT —COMPENSATION.

    An inspector of police who is reinstated is entitled to the salary attached to the position from the date of the order of reinstatement to the date of the resumption of his duties as inspector.

Appeal from Trial Term.

Action by Adam A. Cross against the city of New York. From a judgment granting insufficient relief, plaintiff appeals. Modified and affirmed.

Argued before PATTERSON, P. J., and INGRAHAM, LAUGHLIN, CLARKE, and SCOTT, JJ.

Abram I. Elkus, for appellant.
Theodore Connoly, for respondent.

PER CURIAM. The judgment must be modified by increasing the amount for which judgment was rendered by the salary attached to the position of inspector of police from November 11, 1904, the date of the order by which plaintiff was reinstated, to December 22, 1904, the date on which he resumed his duties as inspector (McVeaney v. Mayor, etc., 80 N. Y. 185, 36 Am. Rep. 600); and, as so modified, it will be affirmed, without costs (Grant v. City of New York, 111 App. Div. 160, 97 N. Y. Supp. 685).